| | |
|---|---|
| DISTRICT COURT,<br>CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Dec 19 2012 08:30PM MST**<br>**Filing ID: 48526254**<br>**Review Clerk: Matthew Palmer** |
| **Plaintiffs**: JAMMU INC.; KARAMBIR JAMMU; and NIMERTA JAMMU<br><br>v.<br><br>**Defendants**: QFA ROYALTIES LLC; QUIZNO'S FRANCHISING II LLC; QCE FINANCE LLC f/k/a QCE PARENT LLC; THE QUIZNO'S MASTER LLC; QIP HOLDER LLC; TQSC II LLC f/k/a TQSC LLC; QCE HOLDING LLC; QZ FINANCE LLC; QCE INCENTIVE LLC; QCE LLC; QUIZNOS FINANCE LLC; QAFT, INC.; AMERICAN FOOD DISTRIBUTORS LLC; SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL RESTAURANT SUPPLY DISTRIBUTION LLC; S&S EQUIPMENT COMPANY LLC; BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC; CHAIN MANAGEMENT SYSTEMS LLC; KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. FULFILLMENT LLC; CONTINENTAL LENDING GROUP LLC; CLG LEASING LLC; THE CERVANTES HOLDING COMPANY; CERVANTES CAPITAL LLC; CERVANTES MASTER LLC; RICHARD E. SCHADEN; RICHARD F. SCHADEN; PATRICK E. MEYERS; STEVEN B. SHAFFER; AVENUE CAPITAL GROUP, LLC; SYSTEM SERVICES OF AMERICA, INC. f/k/a McCABE'S QUALITY FOODS, INC.; SERVICES GROUP OF AMERICA, INC.; MCLANE COMPANY, INC.; FOOD PERFORMANCE GROUP, INC.; VISTAR CORPORATION; and JOHN DOES 1–50. | Δ FOR COURT USE ONLY Δ<br>_____<br><br>Case No.:<br><br>Courtroom: |

| | |
|---|---|
| **Attorneys for Plaintiffs**<br>Jeffrey Cohen, Esq. #10876<br>Leslie Eaton, Esq. #17791<br>Scott Humphreys, Esq. #41723<br>Ballard Spahr LLP<br>1225 17th Street, Suite 2300<br>Denver, CO  80202<br>Phone:  303-292-2400<br>Facsimile:  303-296-3956<br>cohenj@ballardspahr.com<br>eaton@ballardspahr.com<br>humphreyss@ballardspahr.com | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT** | |

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.**  It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.  Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

    ☒ This case is governed by Chief Justice Directive ("CJD") 11-02 and the "Colorado Civil Access Pilot Project Rules Applicable to Business Actions in District Court" because:

    - The case is filed within the period of January 1, 2012 through December 31, 2013; *AND*

    - The case is filed in a Pilot Project participating jurisdiction (Adams County, Arapahoe County, Denver County, Gilpin County, or Jefferson County); *AND*

    - The case is a "Business Action" as defined in CJD 11-02, Amended Appendix A for inclusion in the Pilot Project.

    ❑ This case is not governed by the Colorado Civil Access Pilot Project Rules.

*NOTE: **Cases subject to the Colorado Civil Access Pilot Project must be governed by the Rules in CJD 11-02** (available at http://www.courts.state.co.us/Courts/Supreme_Court/Directives/Index.cfm).  The presiding judge will review Item 2 for accuracy.  The designation on this initial Cover Sheet will control unless the Court orders otherwise.*

3. **If this case is not governed by the Colorado Civil Access Pilot Project Rules as indicated in Item 2, check the following:**

    ❑ This case is governed by C.R.C.P. 16.1 because:

    - The case is not a class action, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

    - A monetary judgment over $100,000 is not sought by any party against any other single party.  This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

    ❑ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

    ❑ The case is a class action, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

    ❑ A monetary judgment over $100,000 is sought by any party against any other single party.  This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

    *NOTE: In any case to which C.R.C.P. 16.1 does not apply, the parties may elect to use the simplified procedure by separately filing a Stipulation to be governed by the rule within 35 days of the at-issue date.  See C.R.C.P. 16.1(b)(1) (re: case type) and C.R.C.P. 16.1(e) (re: amount in controversy).  In any case to which C.R.C.P. 16.1 applies, the parties may opt out of the rule by separately filing a Notice to Elect Exclusion (JDF 602) within 45 days of the at-issue date.  See C.R.C.P. 16.1(d).*

    ❑   A Stipulation or Notice with respect to C.R.C.P. 16.1 has been separately filed with the Court, indicating:

    ❑ C.R.C.P. 16.1 applies to this case.

    ❑ C.R.C.P. 16.1 does not apply to this case.

4. ☒  This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38.  (Checking this box is optional.)

Dated this 19th day of December, 2012

                                      Respectfully submitted

                                      BALLARD SPAHR LLP

                                      By:   *s/ Jeffrey Cohen*
                                              Jeffrey Cohen, #10876
                                              Leslie A. Eaton, #11791
                                              Scott S. Humphreys, #41723
                                      1225 17th Street, Suite 2300
                                      Denver, CO 80202
                                      Phone:  303-292-2400
                                      Facsimile:  303-296-3956
                                      cohenj@ballardspahr.com
                                      eaton@ballardspahr.com
                                      humphreyss@ballardspahr.com

                                      **ATTORNEYS FOR PLAINTIFF**