| | |
|---|---|
| DISTRICT COURT,<br>CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
| **Plaintiffs**: JAMMU INC.; KARAMBIR JAMMU; and NIMERTA JAMMU<br><br>v.<br><br>**Defendants**: QFA ROYALTIES LLC; QUIZNO'S FRANCHISING II LLC; QCE FINANCE LLC f/k/a QCE PARENT LLC; THE QUIZNO'S MASTER LLC; QIP HOLDER LLC; TQSC II LLC f/k/a TQSC LLC; QCE HOLDING LLC; QZ FINANCE LLC; QCE INCENTIVE LLC; QCE LLC; QUIZNOS FINANCE LLC; QAFT, INC.; AMERICAN FOOD DISTRIBUTORS LLC; SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL RESTAURANT SUPPLY DISTRIBUTION LLC; S&S EQUIPMENT COMPANY LLC; BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC; CHAIN MANAGEMENT SYSTEMS LLC; KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. FULFILLMENT LLC; CONTINENTAL LENDING GROUP LLC; CLG LEASING LLC; THE CERVANTES HOLDING COMPANY; CERVANTES CAPITAL LLC; CERVANTES MASTER LLC; RICHARD E. SCHADEN; RICHARD F. SCHADEN; PATRICK E. MEYERS; STEVEN B. SHAFFER; AVENUE CAPITAL GROUP, LLC; SYSTEM SERVICES OF AMERICA, INC. f/k/a McCABE'S QUALITY FOODS, INC.; SERVICES GROUP OF AMERICA, INC.; MCLANE COMPANY, INC.; FOOD PERFORMANCE GROUP, INC.; VISTAR CORPORATION; and JOHN DOES 1–50. | Δ FOR COURT USE ONLY Δ<br><br>Case No.:<br><br>Courtroom: |

| | |
|---|---|
| **Attorneys for Plaintiffs**<br>Jeffrey Cohen, Esq. #10876<br>Leslie Eaton, Esq. #17791<br>Scott Humphreys, Esq. #41723<br>Ballard Spahr LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202<br>Phone: 303-292-2400<br>Facsimile: 303-296-3956<br>cohenj@ballardspahr.com<br>eaton@ballardspahr.com<br>humphreyss@ballardspahr.com | |
| **SUMMONS**<br>**COLORADO CIVIL ACCESS PILOT PROJECT FOR BUSINESS ACTIONS** ||

The People of the State of Colorado,
To the Defendant named above:

>   **Patrick E. Meyers**
>   2576 South Milwaukee Street
>   Denver, Colorado 80210-6215

This action is within the Colorado Civil Access Pilot Project for Business Actions and is governed by Chief Justice Directive 11-02 and the Rules and time periods set forth at http://www.courts.state.co.us/Courts/Civil_Rules.cfm. Please note that the procedures and time periods are different from those typically required.

You are hereby summoned and required to file with the clerk of this court an answer and any other responsive pleading to the attached complaint **within twenty-one (21) days after filing of Plaintiff's initial disclosure statement**. If you fail to file your answer to the compliant in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint, without any further notice.

The following documents are also served with this summons: Complaint, District Court Civil Case Cover Sheet.

Dated this 19th day of December, 2012

BALLARD SPAHR LLP

*s/ Jeffrey Cohen*
Jeffrey Cohen, Esq. #10876
Leslie Eaton, Esq. #17791
Scott Humphreys, Esq. #41723
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Phone: 303-292-2400
Facsimile: 303-296-3956
cohenj@ballardspahr.com
eaton@ballardspahr.com
humphreyss@ballardspahr.com

**ATTORNEYS FOR PLAINTIFFS**

This summons is issued pursuant to C.R.C.P. 4 and Colorado's Civil Access Pilot Project ("CAPP") for Business Actions. A copy of the complaint must be served with this summons.