## SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal.

| |
|---|
| 1. JAMMU INC. |
| 2. KARAMBIR JAMMU |
| 3. NIMERTA JAMMU |
| 4. |
| 5. |
| 6. |

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal.

| |
|---|
| 1. QFA ROYALTIES LLC |
| 2. QUIZNO'S FRANCHISING II LLC |
| 3. QCE FINANCE LLC |
| 4. THE QUIZNO'S MASTER LLC |
| 5. QIP HOLDER LLC |
| 6. TQSC II LLC, et al. |

### Section C - Pending State Court Motions As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. None | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Signature

Leonard H. MacPhee
Printed Name

Telephone Number (303) 291-2300

Date January 31, 2013

State Court Case Number 2012cv7606

(Rev 11/08/2010)

*Jammu, Inc. v. QFA Royalties LLC*

## Section B - Defendants (cont.)

Defendants remaining in action at time of filing notice of removal.

7. QCE HOLDING LLC;

8. QZ FINANCE LLC;

9. QCE INCENTIVE LLC;

10. QCE LLC;

11. QUIZNOS FINANCE LLC;

12. QAFT, INC.;

13. AMERICAN FOOD DISTRIBUTORS LLC;

14. SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL RESTAURANT SUPPLY DISTRIBUTION LLC;

15. S&S EQUIPMENT COMPANY LLC;

16. BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC;

17. CHAIN MANAGEMENT SYSTEMS LLC;

18. KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. FULFILLMENT LLC;

19. CONTINENTAL LENDING GROUP LLC;

20. CLG LEASING LLC;

21. THE CERVANTES HOLDING COMPANY;

22. CERVANTES CAPITAL LLC;

23. CERVANTES MASTER LLC;

24. RICHARD E. SCHADEN;

25. RICHARD F. SCHADEN;

26. PATRICK E. MEYERS;

27. STEVEN B. SHAFFER;

28. AVENUE CAPITAL GROUP, LLC;

- 2 -

29. SYSTEM SERVICES OF AMERICA, INC. f/k/a McCABE'S QUALITY FOODS, INC.;

30. SERVICES GROUP OF AMERICA, INC.;

31. MCLANE COMPANY, INC.;

32. FOOD PERFORMANCE GROUP, INC.;

33. VISTAR CORPORATION; and

34. JOHN DOES 1–50