**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

JAMMU INC.; KARAMBIR JAMMU; and NIMERTA JAMMU,

Plaintiffs,

v.

QFA ROYALTIES LLC; QUIZNO'S FRANCHISING II LLC; QCE FINANCE LLC f/k/a QCE PARENT LLC; THE QUIZNO'S MASTER LLC; QIP HOLDER LLC; TQSC II LLC f/k/a TQSC LLC; QCE HOLDING LLC; QZ FINANCE LLC; QCE INCENTIVE LLC; QCE LLC; QUIZNOS FINANCE LLC; QAFT, INC.; AMERICAN FOOD DISTRIBUTORS LLC; SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL RESTAURANT SUPPLY DISTRIBUTION LLC; S&S EQUIPMENT COMPANY LLC; BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC; CHAIN MANAGEMENT SYSTEMS LLC; KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. FULFILLMENT LLC; CONTINENTAL LENDING GROUP LLC; CLG LEASING LLC; THE CERVANTES HOLDING COMPANY; CERVANTES CAPITAL LLC; CERVANTES MASTER LLC; RICHARD E. SCHADEN; RICHARD F. SCHADEN; PATRICK E. MEYERS; STEVEN B. SHAFFER; AVENUE CAPITAL GROUP, LLC; SYSTEM SERVICES OF AMERICA, INC. f/k/a McCABE'S QUALITY FOODS, INC.; SERVICES GROUP OF AMERICA, INC.; MCLANE COMPANY, INC.; FOOD PERFORMANCE GROUP, INC.; VISTAR CORPORATION; and JOHN DOES 1–50,

    Defendants.

**NOTICE OF RELATED CASE**

Pursuant to D.C.COLO.LCivR 7.5, Defendant Patrick E. Meyers, through his attorneys, respectfully submits this notice of related case. The following case, pending in this Court, has at least one party in common and has common questions of law:

- *QCE Holding LLC, et al. v. Jammu, Inc., et al.*, District of Colorado Case No. 13-cv-00165-CMA-MJW.

Respectfully submitted this 31st day of January, 2013.

            *s/ Leonard H. MacPhee*
            Leonard H. MacPhee
            Jess A. Dance
            Perkins Coie LLP
            1900 Sixteenth Street, Suite 1400
            Denver, CO 80202
            Telephone:  (303) 291-2300
            Facsimile:  (303) 291-2400
            Email:   lmacphee@perkinscoie.com
                jdance@perkinscoie.com

            Of Counsel
            Bruce Bennett
            Christopher Lovrien
            JONES DAY
            555 South Flower Street
            Fiftieth Floor
            Los Angeles, CA  90071-2300
            Telephone:  (213) 489-3939
            Facsimile:  (213) 243-2539
            Email:   bbennett@jonesday.com
                cjlovrien@jonesday.com

            Attorney for Defendant Patrick E. Meyers

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will email the foregoing to the following e-mail addresses:

- Jeffrey Cohen
  cohenj@ballardspahr.com

> *s/ Leonard H. MacPhee*
> Leonard H. MacPhee
> Attorney for Defendant Patrick E. Meyers
> Perkins Coie LLP
> 1900 Sixteenth Street, Suite 1400
> Denver, CO 80202
> Telephone:  (303) 291-2300
> Facsimile:  (303) 291-2400
> Email: lmacphee@perkinscoie.com

88253-0001/LEGAL25725421.1

3