**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 13–cv–00250–REB–KMT

JAMMU INC.,
KARAMBIR JAMMU, and
NIMERTA JAMMU,

     Plaintiffs,

v.

QFA ROYALTIES LLC, et al.

     Defendants.

## ORDER GRANTING MOTION TO REMAND

**Blackburn, J.**

     This matter is before me on the plaintiffs' **Motion To Remand** [#18][1] filed February 11, 2013.  In his response [#25], the removing defendant, Patrick E. Meyers, consents to remand of this case.  Mr. Meyers reports that all other defendants consent to remand. Thus, I treat the motion as unopposed.

     The plaintiffs seek also an award of attorney fees and costs incurred as a result of the need to respond to the notice of removal.  Such an award is available under 28 U.S.C. § 1447(c).  There is a reasonable argument that Mr. Meyers' notice of removal was unreasonable.  However, having examined the circumstances of this case, including Mr. Meyers' recent consent to remand, I conclude that an award of attorney fees and costs is not merited.

---

     [1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Motion To Remand** [#18] filed February 11, 2013, is **GRANTED** to the extent the plaintiffs seek remand of this case to state court;

2. That the plaintiffs' **Motion To Remand** [#18] filed February 11, 2013, is **DENIED** to the extent the plaintiffs seek an award of attorney fees and costs;

3. That this case is **REMANDED** to the District Court for the City and County of Denver, Colorado (where it was filed originally under Case No. 2012cv7606); and

4. That the defendants' **Motion To Compel Arbitration and Stay** [#13], **Quiznos and Distributor Defendants' Motion to Compel Arbitration and Stay Proceedings Pending Arbitration** [#17], and **Defendant McLane Company, Inc.'s Joinder in Quiznos and Distributor Defendants' Motion to Compel Arbitration and Stay Proceedings Pending Arbitration** [#22] are **DENIED** as moot.

Dated February 22, 2013, at Denver, Colorado.

        **BY THE COURT:**

        */s/ Bob Blackburn*
        Robert E. Blackburn
        United States District Judge